# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2310

E-mail Address
mstein@stblaw.com

## MEMO ENDORSED

BY ECF                                      September 18, 2023

Re:   *United States v. Junyi Liu et al.*, 21 Cr 592 (LTS)

Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Swain:

On September 13, 2023 our client, Ms. Mitzy Baldovino, was arraigned before the Honorable Sarah L. Cave in the above-captioned matter. At that conference, Judge Cave released Ms. Baldovino pursuant to a $250,000 bond to be co-signed by a financially responsible person on or before September 27, 2023, and under the following conditions: the surrender of any travel documents; no travel outside of the SDNY and EDNY; pretrial supervision as directed by pretrial services; her continued employment; and no contact with co-conspirators or witnesses unless in the presence of counsel. Ms. Baldovino's anticipated bond co-signer is currently traveling internationally and will be unavailable to co-sign the bond by the existing deadline. As a result, we ask the Court for a one week extension, until October 4, 2023, to obtain the co-signer's signature. We have discussed this request with the Government, and they have no objection to this extension.

Thank you for your time and consideration.

The foregoing request is granted. The date by which a financially responsible person must co-sign the bond is extended to October 4, 2023. DE#219 resolved. SO ORDERED.
September 19, 2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully Submitted,

/s/ Mark. J. Stein
Mark J. Stein
Martin S. Bell
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

cc: Timothy Capozzi, Esq.